UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
WESTERN DISTRICT OF PENNSYLVANIA
P. O. BOX 1805
PITTSBURGH, PA 15230
WWW.PAWD.USCOURTS.GOV

ROBERT V. BARTH, JR.
CLERK OF COURT
412-208-7500

IN REPLYING, GIVE NUMBER
OF CASE AND NAMES OF PARTIES

January 17, 2013

Clerk of Court
Wisconsin Eastern District Court

United States Courthouse and
Federal Building
517 East Wisconsin Avenue, Room 362
Milwaukee, WI 53202



RE: The Marshall Group Inc et al vs. Krones Inc et al, Case No. 12-1109

Dear Clerk:

Enclosed find a certified copy of an order from the Judicial Panel on Multidistrict Litigation transferring the above case to the Western District of Pennsylvania. Please electronically transfer the case to the Western District of Pennsylvania via CM/ECF, using the "extract civil case for export" function.

Sincerely,

Michael Lutz
Deputy Clerk

cc: file

IN RE: LE-NATURE'S, INC., COMMERCIAL
LITIGATION

MDL No. 2021

## SCHEDULE CTO-3 – TAG-ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|
| WISCONSIN EASTERN | | | |
| WIE | 2 | 12-01109 | The Marshall Group Inc et al v. Krones Inc et al |